UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, SOUTH FLORIDA WILDLANDS ASSOCIATION, WILDLANDS CPR and BRIAN SCHERF,

      Plaintiffs,

v.                                Case No: 2:13-cv-364-FtM-38DNF

SALLY JEWELL and JONATHAN B. JARVIS,

      Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiffs, Center for Biological Diversity, Sierra Club, South Florida Wildlands Association, WildEarth Guardians, and Brian Scherf and the Defendants, S.M.R. Jewell in her official capacity and Johnathon B. Jarvis' Stipulation of Dismissal (Doc. #58) filed on September 22, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

      (ii)    A stipulation of dismissal signed by all parties who have appeared.

[Fed. R. Civ. P. 41(a)(1)(A)](#).

In this instance, the Plaintiffs inform the Court that they voluntarily dismiss the Complaint. No answer or summary judgment has been filed, therefore; the case is due to be dismissed.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Center for Biological Diversity, Sierra Club, South Florida Wildlands Association, WildEarth Guardians, and Brian Scherf and the Defendants. S.M.R. Jewell in her official capacity and Johnathon B. Jarvis' Stipulation of Dismissal ([Doc. #58](#)) is **GRANTED**. The case is hereby **DISMISSED**. The Clerk of the Court is directed to enter judgment accordingly, terminate all pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record